**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CAROLYN S. LONGTIN,**

        **Plaintiff,**

**-vs-**                                                                          **Case No. 6:08-cv-1833-Orl-35DAB**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTIN FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) (Doc. No. 15)**
>
> **FILED:**      **April 20, 2009**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      This cause having come before the Court upon the unopposed motion of the Commissioner to remand the case for further administrative action pursuant to Sentence 6 of Section 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. 405(g) and 1383(c)(3). Upon consideration of the Motion, and the grounds urged in support thereof, it is **RECOMMENDED** that this case be remanded to the Commissioner of Social Security in order to reconstruct the record and conduct a new hearing, if necessary. It is also respectfully **RECOMMENDED** that the Clerk of the Court be directed to

administratively close the file. The Commissioner should be directed to file a status report by July 31, 2009 and each 90 days thereafter until the matter is ready for further court action.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 21, 2009.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy