**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CAROLYN S. LONGTIN,**
        **Plaintiff,**

**v.**                                                    **Case No.: 6:08-cv-1833-Orl-35DAB**

**COMMISSIONER OF SOCIAL**
**SECURITY,**
        **Defendant,**

_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant's Unopposed

Motion for Remand. (Dkt. 15). On April 21, 2009, the United States Magistrate Judge

issued a Report and Recommendation (Dkt. 16), recommending that the Motion be

granted. Neither party filed an objection to the Report and Recommendation.

After conducting a careful and complete review of the findings and

recommendations, a district judge may accept, reject or modify the magistrate judge's

report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732,

732 (11th Cir. 1982), *cert. denied,* 459 U.S. 1112 (1983). A district judge "shall make a

*de novo* determination of those portions of the report or specified proposed findings or

recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that

the district judge "give fresh consideration to those issues to which specific objection has

been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990)

(quoting H.R. 1609, 94th Cong. § 2 (1976)). Even in the absence of specific objections,

there is no requirement that a district judge review factual findings *de novo,* Garvey v.

-1-

*Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1.  The Report and Recommendation concerning remand of this case (Dkt. 8) is **CONFIRMED** and **ADOPTED** as part of this Order;

2.  This case shall be **REMANDED**;

3.  The **CLERK** is directed to **REMAND** this case to the Commissioner of Social Security;

4.  The **Commissioner** is directed to file a status report by July 31, 2009, and each 90 days thereafter until the matter is ready for further court action; and

5.  The **CLERK** is directed to terminate any pending motions and administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida, this 4th day of May 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record